UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 11-9160 DSF (FMOx) | Date | 1/18/12 |
|---|---|---|---|
| Title | Johnny M. Norwood v. Ocwen Loan Servicing LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (In Chambers) Order to Show Cause for Failure to Comply with Court Orders

    On November 7, 2011, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for January 23, 2011 at 11:00 a.m. and counsel were to confer and to file with the Court, no later than seven days before the scheduling conference, a Joint Rule 26(f) Report.

    The report filed by the parties fails to comply with this Court's order. The date previously set for the scheduling conference is vacated. This matter is set for an Order to Show Cause on **February 6, 2012**, at 11:00 a.m., for failure to comply with the Court's order and the Federal Rules of Civil Procedure.

    The filing of a Joint Rule 26(f) Report no later than **January 30, 2012**, and attendance of lead counsel at the Order to Show Cause hearing, shall be deemed a sufficient response to this Order to Show Cause. If counsel timely file a Joint 26(f) Report, a scheduling conference will be held in lieu of the hearing on the Order to Show Cause. Counsel are reminded that paper Chambers copies must be delivered pursuant to this Court's General Orders and the Local Rules. Counsel are further reminded to review carefully the General Orders and Local Rules for this district and all of this Court's standing orders.

    If no response is filed, this action will be dismissed.

    IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM