JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY M. NORWOOD,<br><br>Plaintiff,<br><br>v.<br><br><br>OCWEN LOAN SERVICING, et al.,<br><br>Defendants.<br>_____ | Case No. CV 11-9160 DSF (FMOx)<br><br>JUDGMENT |

The Court having previously dismissed three of the four named defendants, having issued an Order to Show Cause re Dismissal for Lack of Prosecution regarding the final defendant, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice as to Ocwen Loan Servicing, LLC, Western Progressive, LLC, and Deutsche Bank National Trust Company and without prejudice as to New Century Mortgage Corporation, and that defendants recover their costs of suit pursuant to 28 U.S.C. § 1920.

Dated: 4/16/13

DALE S. FISCHER
United States District Judge